UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:

JAMES W GAUSMAN
KATHLEEN JO GAUSMAN                    Case No. - BKY 17-42234 KHS
                                       Chapter 13

Debtor(s)
_____

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
CLAIM HOLDER: US BANK TRUST NATIONAL ASSOCIATION AS TR

Gregory A. Burrell, Chapter 13 Trustee, for his Notice of Final Cure Payment, states as follows:

1. The debtor has completed all payments under the plan and has paid in full the amount required to cure the default under the claim holder's claim, in accordance with the terms of the confirmed chapter 13 plan.

**Name of Creditor**: US BANK TRUST NATIONAL ASSOCIATION AS TR

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 636 | 3663 | $13657.70 | $13657.70 | $13657.70 |

| | |
|---|---|
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $13657.70 |

2. This notice is being provided in compliance with FED. R. BANKR. P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor's principal residence and whose claims are provided for under 11 U.S.C. § 1322(b)(5).

3. NOTICE OF OBLIGATION TO FILE AND SERVE A RESPONSE:

**THE CLAIMANT HAS AN OBLIGATION UNDER THIS RULE TO FILE AND SERVE A RESPONSE TO THIS NOTICE. THE NOTICE MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE DEBTOR, THE DEBTOR'S COUNSEL, AND THE TRUSTEE, NOT LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. FED. R. BANKR. P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE CLAIMANT'S RESPONSE.**

Dated: June 22, 2021               Gregory A. Burrell, Chapter 13 Trustee
                                   100 South Fifth Street, Suite 480
                                   Minneapolis, MN  55402
                                   (612) 338-7591

## VERIFICATION

I, Linda Goneau, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date:   June 22, 2021                         /s/ Linda Goneau

## CERTIFICATE OF SERVICE

I, Linda Goneau, employed by Gregory A. Burrell, Chapter 13 Trustee, declare under penalty of perjury, that on June 22, 2021, I served a copy of this notice on the individual(s) named below, in the manner described.

**Copy to Debtor(s) addressed to:**

JAMES W GAUSMAN
KATHLEEN JO GAUSMAN
3353 CHOWEN AVENUE NORTH
ROBBINSDALE, MN  55422

**Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage prepaid addressed to:**

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE
C/O SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA  95501-

Michael G. Davey
Full Circle Law
2233 University Avenue West, #424
St Paul, MN  55114-

US BANK TRUST NATIONAL ASSOCIATION AS TR
C/O SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA CA 95501-

and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 22, 2021

                                              /e/ Linda Goneau
                                              Linda Goneau
                                              Chapter 13 Office